## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:23-cv-00997-WWB-DCI

MICHAEL R. MCNEIL,

     Plaintiff,

vs.

JNG BEEF, LLC, and TRC WINGS, INC.,
d/b/a BEEF O'BRADY'S,

     Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DEFENDANT JNG BEEF, LLC

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel,

hereby files this Stipulation of Voluntary Dismissal, without prejudice, of this action,

solely as to Defendants, JNG BEEF, LLC.

Respectfully submitted this 5th day of September 2023.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com