**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL R. MCNEIL,

       Plaintiff,

v.                               Case No.: 6:23-cv-997-WWB-DCI

JNG BEEF LLC and TRC WINGS INC.,

       Defendants.

_____

## ORDER

THIS CAUSE is before the Court on Plaintiff's Stipulation of Voluntary Dismissal Without Prejudice as to Defendant, JNG Beef, LLC (Doc. 21).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate JNG Beef, LLC as a Defendant in this matter and amend the case style accordingly.

**DONE AND ORDERED** at Orlando, Florida on September 5, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record