**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL R. MCNEIL,

       Plaintiff,

v.                                                                   Case No.: 6:23-cv-997-WWB-DCI

TRC WINGS INC.,

       Defendant.

_____

## ORDER

THIS CAUSE is before the Court on Plaintiff's Stipulation of Voluntary Dismissal Without Prejudice (Doc. 23).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on October 4, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record